# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| RUDY GARCIA, | ) | |
| Plaintiff, | ) | Case No. EDCV 09-306-AJW |
| v. | ) | |
| | ) | J U D G M E N T |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

IT IS ADJUDGED that pursuant to the stipulation of the parties, the decision of the Commissioner of Social Security is reversed, and the case is remanded under sentence 4 of 42 U.S.C. § 405(g) for a fully favorable decision as of June 27, 2003.

DATED: September 2, 2009

_____
HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE